ERIC GRANT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARUN DATTA,<br><br>                              Petitioner-Plaintiff,<br><br>                    v.<br><br>GOLDEN STATE ANNEX DETENTION FACILITY, *et al.*,<br><br>                              Respondents. | CASE NO.  1:26-CV-00032-TLN-CKD<br><br>STIPULATION AND ORDER SETTING A BRIEFING SCHEDULE |

On February 10, 2026, the Court issued an Order directing Respondent to "inform the court whether it intends to stand on the record . . . or present further briefing and evidence." Dkt. 15. Respondent intends to present further briefing and evidence. The parties stipulate and request the court issue an order providing the Respondent file its opposition and any additional evidence on or before February 23, 2026 and that Petitioner file any reply on or before 7 days following the date Respondent files its opposition.

///

///

///

///

///

///

1

The parties so stipulate.

ERIC GRANT
United States Attorney

Dated: February 17, 2026        By   /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney

Dated:  February 17, 2026           /s/ Douglas Beevers
                                     DOUGLAS BEEVERS
                                     Attorney for Petitioner

**ORDER**

Having reviewed the parties' stipulation and requested Order. **IT IS SO ORDERED.**

Dated:  February 18, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2